[Civ. No. 1632. Fourth Appellate District.—July 2, 1936.]

JOHN D. CORNELL, Petitioner, v. CHARLES H. HARRIS et al., Respondents.

Charles B. DeLong, Claude L. Chambers and Hugh Sanders for Petitioner.

Thomas Whelan, District Attorney, Frank T. Dunn, Assistant District Attorney, and Carroll H. Smith, Deputy District Attorney, for Respondents.

Everett W. Mattoon, County Counsel (Los Angeles), and Fred M. Gross, Deputy County Counsel, as *Amici Curiae* on Behalf of Respondents.

MARKS, J.—In this proceeding petitioner sought a writ of prohibition prohibiting respondents from giving civil service examinations under the provisions of the charter of the county of San Diego. All material questions here presented are disposed of in the opinion this day filed in the case of *Cornell* v. *Harris,* No. 1960 (*ante,* p. 144 [59 Pac. (2d) 570].)

Upon the authorities there cited and for the reasons there given the peremptory writ of prohibition is denied and the alternative and amended alternative writs are discharged.

Barnard, P. J., concurred.

Jennings, J., being absent, did not participate herein.